IN THE WESTERN STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JERRY LESLYE BRYANT § § v. § § ECTOR COUNTY and DEPUTY JOHN § DOE 1, Individually, and in his § Official Capacity as a Jailer and/or § Sheriff's Deputy for ECTOR COUNTY § and DEPUTY JOHN DOE 2, § Individually, and in Official Capacity § as a Jailer and/or Sheriff's Deputy for § ECTOR COUNTY § | MO: MO-12-CV-125 |

## DEFENDANT JONATHAN VALENCIA'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Ector County and Jonathan Valencia, Defendants in the above styled and numbered cause and files this their Original Answer to Plaintiff's First Amended Complaint and in support thereof would respectfully show unto this Honorable Court the following:

1.    These Defendants admit the allegations in paragraph 1 of the Plaintiff's First Amended Complaint.

2.    These Defendants admit the allegations in paragraph 2 of the Plaintiff's First Amended Complaint.

3.    These Defendants admit the allegations in paragraph 3 of the Plaintiff's First Amended Complaint.

4.    These Defendants admit the allegations in paragraph 4 of the Plaintiff's First Amended Complaint.

5.    These Defendants admit the allegations in paragraph 5 of the Plaintiff's First Amended Complaint.

6. These Defendants admit the allegations in paragraph 6 of the Plaintiff's First Amended Complaint.

7. These Defendants deny the allegations in paragraph 7 of the Plaintiff's First Amended Complaint.

8. These Defendants deny the allegations in paragraph 8 of the Plaintiff's First Amended Complaint.

9. These Defendants deny the allegations in paragraph 9 of the Plaintiff's First Amended Complaint.

10. These Defendants admit the allegations in paragraph 10 of the Plaintiff's First Amended Complaint.

11. These Defendants admit the allegations in paragraph 11 of the Plaintiff's First Amended Complaint.

12. These Defendants admit the allegations in paragraph 12 of the Plaintiff's First Amended Complaint.

13. These Defendants admit the allegations in paragraph 13 of the Plaintiff's First Amended Complaint.

14. These Defendants admit the allegations in paragraph 14 of the Plaintiff's First Amended Complaint.

15. These Defendants deny the allegations in paragraph 15 of the Plaintiff's First Amended Complaint.

16. These Defendants admit the allegations in paragraph 16 of the Plaintiff's First Amended Complaint.

17. These Defendants admit the allegations in paragraph 17 of the Plaintiff's First Amended Complaint.

18.     These Defendants deny the allegations in paragraph 18 of the Plaintiff's First Amended Complaint.

19.     These Defendants deny the allegations in paragraph 19 of the Plaintiff's First Amended Complaint.

20.     These Defendants deny the allegations in paragraph 20 of the Plaintiff's First Amended Complaint.

21.     These Defendants deny the allegations in paragraph 21 of the Plaintiff's First Amended Complaint.

22.     These Defendants deny the allegations in paragraph 22 of the Plaintiff's First Amended Complaint.

23.     These Defendants deny the allegations in paragraph 23 of the Plaintiff's First Amended Complaint.

24.     These Defendants deny the allegations in paragraph 24 of the Plaintiff's First Amended Complaint.

25.     These Defendants deny the allegations in paragraph 25 of the Plaintiff's First Amended Complaint.

26.     These Defendants deny the allegations in paragraph 26 of the Plaintiff's First Amended Complaint.

27.     These Defendants deny the allegations in paragraph 27 of the Plaintiff's First Amended Complaint.

28.     These Defendants deny the allegations in paragraph 28 of the Plaintiff's First Amended Complaint.

29.     These Defendants deny the allegations in paragraph 29 of the Plaintiff's First Amended Complaint.

30. These Defendants deny the allegations in paragraph 30 of the Plaintiff's First Amended Complaint.

31. These Defendants deny the allegations in paragraph 31 of the Plaintiff's First Amended Complaint.

32. These Defendants deny the allegations in paragraph 32 of the Plaintiff's First Amended Complaint.

33. These Defendants deny the allegations in paragraph 33 of the Plaintiff's First Amended Complaint.

34. These Defendants admit the allegations in paragraph 34 of the Plaintiff's First Amended Complaint.

35. Subject to the foregoing admissions and denials and without waiving the same, these Defendants generally deny all the allegations contained in Plaintiff's Amended Complaint.

36. Plaintiff has failed to state a claim for which relief may be granted. The actions or inactions of these Defendants and its employees acting in their official individual capacity, were in the performance of their official functions were conducted in good faith and all actions were lawful and in the complete absence of improper motive.

37. These Defendants assert the defense of sovereign immunity for the allegations alleged in Plaintiff's Amended Complaint

38. These Defendants affirmatively plead that Plaintiff's damages, if any, were caused as a result of his own action or inactions.

39. These Defendants affirmatively plead that it and its employees are protected by official immunity, as all actions or inactions were performed as discretionary

duties in good faith and within the scope of their authority at the time Plaintiff's claims arose.

40. Defendant Jonathan Valencia affirmatively pleads he is entitled to qualified immunity for all allegations made against him.

41. These Defendants affirmatively plead that there is no official policy or custom of Ector County adopted by Ector County that resulted in any damages to the Plaintiff.

42. These Defendants seek recover of attorneys' fees and costs as provided by law.

WHEREFORE, PREMISES CONSIDERED, these Defendants pray that Plaintiff take nothing against these Defendants and that Defendants be dismissed and recover all costs incurred, including attorney's fees and such other, further relieved to which they may show itself justly entitled.

Respectfully submitted,

  /S/ Denis Dennis
DENIS DENNIS
State Bar No. 05655566

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
FAX:  (432) 363-9121

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was sent on the 22nd day of September, 2014, to:

Brian Carney
Law Offices of Brian Carney
1202 W. Texas
Midland, Texas  79701
fax 432-686-1949 and electronic transmission

    /S/ Denis Dennis
DENIS DENNIS