IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JERRY LESLYE BRYANT § | | CIVIL ACTION NO |
| PLAINTIFF § | | |
| § | | |
| V. § | | MO-12-CV125 |
| § | | |
| ECTOR COUNTY, AND DEPUTY § | | |
| JONATHEN VALENCIA, INDIVIDUALLY, § | | |
| AND IN HIS OFFICIAL CAPACITY AS A § | | |
| JAILER AND/OR SHERIFF'S DEPUTY § | | |
| FOR ECTOR COUNTY § | | |
| DEFENDANTS § | | |

## PLAINTIFF'S ESTIMATE OF TRIAL LENGTH

Plaintiff, Jerry Leslye Bryant, estimates the probable length of trial will be three days.

Respectfully submitted,

By: _____
Brian Carney
Texas Bar No. 03832275

LAW OFFICES OF   BRIAN CARNEY
1202 W. Texas Avenue
Midland, Texas 79701
432-686-8300; 432-686-1949 (fax)
brian@carneylawfirm.net

**ATTORNEY FOR PLAINTIFF
JERRY LESLYE BRYANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25 2105, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Denis Dennis
Kelly, Morgan, Dennis, Corzine * Hansen, P.C.
P.O. Box 1311
Odessa, Texas 79760.


Brian Carney