IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JERRY LESLYE BRYANT § | | CIVIL ACTION NO |
| PLAINTIFF § | | |
| § | | |
| V. § | | MO-12-CV125 |
| § | | |
| ECTOR COUNTY, AND DEPUTY § | | |
| JONATHEN VALENCIA, INDIVIDUALLY, § | | |
| AND IN HIS OFFICIAL CAPACITY AS A § | | |
| JAILER AND/OR SHERIFF'S DEPUTY § | | |
| FOR ECTOR COUNTY § | | |
| DEFENDANTS § | | |

## PLAINTIFF'S WITNESS LIST

### Witnesses Plaintiff May Call

| Name | Address | Phone Number |
|---|---|---|
| Jerry Bryant | C/O Brian Carney<br>1202 W. Texas<br>Midland, TX 79701 | 432-686-8300 |
| Victor Tecero | C/O Ector County Sheriff's Office<br>2500 US 385<br>Odessa, TX 79766 | 432-335-3050 |
| Melvin Tucker | 5949 Fordland Drive<br>Raleigh, NC 27606<br>Or<br>C/O Brian Carney<br>1202 W. Texas<br>Midland, TX 79701 | 919-851-6860<br>or<br>432-686-8300 |
| Custodian of Records<br>Dr. William Reilly | 1340 E. 7th Street<br>Odessa, TX 79761 | 432-332-2663 |
| Custodian of Records<br>Odessa Regional Hospital | 520 E. 6th Street<br>Odessa, TX 79761 | 432-582-8000 |
| Custodian of Records<br>Ector County Justice Court | 201 N. Grant Avenue<br>Odessa, Texas 79761 | 432-335-3300 |
| Lou Bryant | C/O Brian Carney<br>1202 W. Texas<br>Midland, TX 79701 | 432-686-8300 |
| Deputy Terry Campbell | 516 N. Loop 250<br>Midland, TX 79703 | 432-262-2681 |

| Name | Address | Phone Number |
|---|---|---|
| Deputy Jonathen Valencia | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
| Corporal Diaz | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
| Deputy Love | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 214-367-7271 |
| Stephanie Ramos | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
| Mike Ramsey | West Texas Spine<br>6010 Texas 191 Frontage Road #125<br>Odessa, TX 79762 | 432-580-5888 |
| Sheriff Mark Donaldson | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
| Terry Bell / Mike Bell | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |

| Leslie Bell | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
|---|---|---|
| Josh Gibson | C/O Denis Dennis<br>Kelly, Morgan, Dennis, Corzine & Hansen PC<br>4001 East 42nd Street<br>Suite 200<br>Odessa, TX 79762 | 432-367-7271 |
| Dr. William Reilly /<br>Dr. Stephen Reilly | 1340 E. 7th Street<br>Odessa, TX 79761 | 432-332-2663 |
| Deposition testimony. | Health care records and potential witnesses yet to be disposed. | |

Plaintiff reserves the right to call witnesses identified by Defendants. Plaintiff reserves the right to call witnesses not listed for rebuttal or impeachment purposes that may not have been anticipated.

Respectfully submitted,

Law Office of Brian Carney
1202 W. Texas
Midland, Texas 79701
Tel:   (432) 686-8300
Fax:   (432) 686-1949

By: _____
Brian Carney
State Bar No. 03832275
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been sent via certified mail, return receipt requested, this 25th day of February, 2015, to:

Denis Dennis
Kelly, Morgan, Dennis, Corzine, & Hansen, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
432-363-9121

_____
Brian Carney